**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

| | |
|---|---|
| **CIVIL ACTION NO.** | *ELECTRONICALLY FILED* |
| **DAVID LOVE**<br>**APRIL LOVE** | **PLAINTIFFS** |
| **VS.** | **NOTICE OF REMOVAL** |
| **MEADOWVIEW REGIONAL MEDICAL CENTER, LLC,**<br>**DONALD WILSON, MD, P. McKAYE,**<br>**A. SHIRLEY, JEFF LAWSON,**<br>**LEWIS COUNTY PRIMARY CARE CENTER** | **DEFENDANTS** |

\* \* \* \* \*

The Defendants, Donald Wilson, M.D. and Lewis County Primary Care Center, by counsel, hereby notify this Court as follows:

1.  This Notice of Removal is filed pursuant to 28 U.S.C. § 2679 for the removal for trial and disposition of Civil Action No. 07-CI-106 captioned DAVID LOVE, APRIL LOVE *v.* MEADOWVIEW REGIONAL MEDICAL CENTER, LLC, DONALD WILSON, MD, P. McKAYE, A. SHIRLEY, JEFF LAWSON, LEWIS COUNTY PRIMARY CARE CENTER now pending in the Mason Circuit Court, Commonwealth of Kentucky.

2.  The Complaint in the above denoted state court action was served upon the process agent for Lewis County Primary Care Center. A copy of said Complaint is attached hereto as Exhibit A. In addition, Exhibit A contains copies of all process, pleadings and orders served upon the Defendant to date.

3. The Complaint alleges that the Defendant Dr. Donald Wilson, acting within the scope of his employment with Lewis County Primary Care Center, committed certain common law torts which damaged the Plaintiff April Love and resulted in the damage to Plaintiffs.

4. At all times material, the Defendant, Dr. Donald Wilson, was acting within the scope of his employment and pursuant to 42 U.S.C. § 233(g), has been deemed an employee of the United States Public Health Service.

5. The Congress of the United States has provided in 42 U.S.C. § 233(a) that the remedy provided in 28 U.S.C. §§ 1346(b) and 2672 against any person deemed to be a Public Health Service Officer or employee "for damage for personal injury . . . resulting from the performance of medical, surgical, dental or related functions, . . . while acting within the scope of his office or employment, shall be exclusive of any other civil action or proceeding" and shall be against the United States.

6. Congress has further provided that upon certification by the Attorney General, or his designee, that an individual defendant was acting within the scope of his employment, a civil action pending against the employee in state court shall be removed without bond to the United States District Court for the district or division embracing the place in which the state court action is pending. 42 U.S.C. §233(c); 28 U.S.C. §2679 (d)(2).

7. Filed with this Notice of Removal is a Certification by the United States Attorney for the Eastern District of Kentucky Amul R. Thapar that Defendant Donald Wilson, M.D., was acting within the scope of his federal employment at the time of the incident giving rise to this suit. Section 2679(d)(2) of Title 28, United States Code provides that the Attorney General's certification that the defendant acted within the scope of his employment at the time of the

incident out of which the common law claims arose shall conclusively establish scope of office or employment for purposes of removal. The authority to certify scope of office or employment has been delegated to the United States Attorney for the district within which the state court action was filed. See 28 C.F.R. § 15.4 (2006).

8.  This action must accordingly be deemed to be an action against the United States for purposes of the plaintiffs' state law claims, and it is therefore removed pursuant to 28 U.S.C. § 233(c) and § 2679(d)(2).

WHEREFORE, the above-captioned action, pending in the Mason Circuit Court, Commonwealth of Kentucky, is removed to this court and the common law tort claims are deemed an action against the United States.

    Respectfully submitted,

    AMUL R. THAPAR
    UNITED STATES ATTORNEY

By:   S/ Thomas Lee Gentry
    THOMAS LEE GENTRY
    Assistant United States Attorney
    260 West Vine Street, Suite 300
    Lexington, Kentucky 40507-1612
    (859) 685-4832

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Kenneth A. Smith, Esq.
P.O. Box 5015
London, KY 40745
*Counsel for Plaintiffs*

B. Todd Thompson, Esq.
David W. Mushlin, Esq.
THOMPSON, MILLER & SIMPSON, PLC
600 W. Main St., Suite 500
Louisville, KY 40202
*Counsel for Defendants*
*Meadowview Regional Medical Center, L.L.C.*
*P. McKay, A. Shivley and Jeff Lawson*

on this the 1st day of June, 2007.

                                                                    S/ Thomas Lee Gentry
                                                                    Assistant United States Attorney