UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO.  07-CV-095-DLB                                  ELECTRONICALLY FILED

DAVID LOVE                                                                                        PLAINTIFFS
APRIL LOVE

vs                                           **MOTION TO DISMISS**

MEADOWVIEW REGIONAL MEDICAL CENTER, LLC,
DONALD WILSON, M.D., P. McKAYE,
A. SHIRLEY, JEFF LAWSON and
LEWIS COUNTY PRIMARY CARE CENTER                                  DEFENDANTS

*** *** *** ***

The Defendants, Lewis County Primary Care Center and Donald Wilson, M.D. and the United States of America , by counsel, move to dismiss the instant matter pursuant to the Federal Rules of Civil Procedure 12(b)(5), 4(m)and 15(c) for want of jurisdiction.  A memorandum of law is filed herewith and a proposed order is tendered.

                                            Respectfully submitted,

                                            AMUL R. THAPAR
                                            UNITED STATES ATTORNEY

                         By:   s/ Thomas Lee Gentry
                              Thomas Lee Gentry
                              Assistant United States Attorney
                              260 West Vine St., Suite 300
                              Lexington, KY  40507
                              (859) 685-4832

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of July, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to the following ECF participants:

Kenneth A. Smith, Esq.
KennethSmith_attorney@hotmail.com
*Counsel for Plaintiffs*

B. Todd Thompson, Esq.
Tthompson@tmslawplc.com
David W. Mushlin, Esq.
Dmushlin@tmslawplc.com
*Counsel for Defendants*
*Meadowview Regional Medical Center, L.L.C.*
*P. McKay, A. Shivley and Jeff Lawson*

           s/ Thomas Lee Gentry
Thomas Lee Gentry
Assistant United States Attorney